Joseph R. Manning, Jr., Esq. (State Bar No. 223381)
**MANNING LAW, APC**
20062 S.W. Birch St., Suite 200
Newport Beach, CA 92660
Office: (949) 200-8755
DisabilityRights@manninglawoffice.com

Attorneys for Plaintiff JAMES RUTHERFORD

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RUTHERFORD, an individual, <br> Plaintiff, <br> v. <br><br> THEOFANIS TEAZIS, an individual; and DOES 1-10, inclusive, Defendants. | Case No.: 8:20-cv-01310-DOC-DFM <br><br> **NOTICE OF WITHDRAWAL OF PROOF OF SERVICE** |

Please take notice that Plaintiff hereby withdraws the Proof of Service filed on September 15, 2020 (docket entry 10) as service was ineffective at the location served. Plaintiff will refile a new proof of service once service has been properly effected. Plaintiff respectfully requests that docket entry 10 be removed from the Court's docket.

Dated: October 1, 2020        **MANNING LAW, APC**

By: /s/ *Joseph R. Manning Jr., Esq.*
    Joseph R. Manning Jr., Esq.
    Attorneys for Plaintiff